UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **OLIVIA TYLER BENNETT,**<br><br>    Plaintiff,<br><br>v.<br><br>**ASANTE, dba ASANTE ROGUE REGIONAL MEDICAL CENTER; LA CLINICA DEL VALLE FAMILY HEALTH CARE CENTER, INC.; KAREN SAUER, M.D.; KENNETH R. BUCCINO, M.D.; FRANCISCO PAZ, M.D.; JANET STRONG, M.D.,**<br><br>    Defendants. | Case No. 3:15-cv-02324-AC<br><br>ORDER |

Based on the plaintiff's and defendant United States of America's stipulation of dismissal of certain claims pursuant to 28 USC § 2679(d)(5), it is HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.   Plaintiff's claims against defendants La Clinica Del Valle Family Health Care Center, Inc., Karen Sauer, M.D., and the United States (as a substituted party), are dismissed without prejudice and without costs or attorney fees to any party; and

///

///

PAGE 1 -    ORDER

2.  Plaintiff's remaining claims in this action against defendants Asante, dba Asante Rogue Regional Medical Center, Kenneth R. Buccino, M.D., Francisco Paz, M.D., and Janet Strong, M.D., are hereby remanded to the Jackson County Circuit Court for further proceedings.

Dated this 2nd day of March, 2016.

Honorable John V. Acosta,
United States ~~District Court~~ Judge
Magistrate

PAGE 2 -   ORDER

MERSEREAU SHANNON LLP
ONE SW COLUMBIA STREET, SUITE 1600
PORTLAND, OREGON 97258-2014
(503) 226-6400